**FILED**

10/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0141

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0141

———————————

SAMANTHA VULLES, SHERI ESTENSON, et al.,

     Plaintiffs and Appellants,

  v.

THIES & TALLE MANAGEMENT, INC., THIES &
TALLE ENTERPRISES, INC., ALMANOR
INVESTORS LIMITED PARTNERSHIP and
JOHN DOES 1-4,

     Defendants and Appellees.

O R D E R

———————————

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

                      For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2021